IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MIKHAIL DANIELS, a minor, )<br>by and through his next )<br>friends and parents Carlton )<br>and Patricia Daniels, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>LLOYD SMITH, Lee County )<br>Sheriff Deputy, in his )<br>individual capacity, )<br>et al., )<br>  )<br>  Defendants. ) | CIVIL ACTION NO.<br>3:04cv877-T<br>(WO) |

### ORDER

It is ORDERED that plaintiffs' <u>motion</u> in partial opposition (Doc. No. 28) is denied as unnecessary. Plaintiff need only file an opposition; a motion is redundant.

DONE, this the 4th day of May, 2005.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE