IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| M.D., a minor, by and through his next friends and parents, Carlton and Patricia Daniels, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:04cv877-MHT (WO) |
| LLOYD SMITH, Lee County Sheriff Deputy, in his individual capacity, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

In accordance with the memorandum opinion entered today, it is ORDERED that defendant Lloyd Smith's motion for summary judgment (Doc. No. 17) is granted as to plaintiff M.D.'s Fourteenth Amendment claim, Fourth Amendment search-and-seizure claim, and state-law assault claim and denied as to plaintiff M.D.'s Fourth Amendment excessive-force claim.

It is further ORDERED that this case will proceed to trial solely on plaintiff M.D.'s Fourth Amendment excessive-force claim.

DONE, this the 27th day of August, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**