IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| M. D., a minor, by and through his next friends and parents Carlton and Patricia Daniels, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:04cv877-MHT (WO) |
| LLOYD SMITH, Lee County Sheriff Deputy, in his individual capacity, | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (Doc. No. 67) is granted and that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs and fees.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 6th day of October, 2008.**

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**